IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY CALANDRA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No._____ |
| | § | |
| HOME DEPOT U.S.A., INC., | § | |
| | § | |
| Defendant. | § | **JURY DEMANDED** |

## DEFENDANT HOME DEPOT U.S.A., INC.'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Home Depot U.S.A., Inc. ("Home Depot"), and files this its Notice of Removal on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332 *et. seq.*, 28 U.S.C. § 1441 *et. seq.*, and 28 U.S.C. § 1446 *et. seq.*, and would respectfully show the Court as follows:

1. Home Depot is the Defendant in a civil action pending in the 164th Judicial District Court of Harris County, Texas entitled *Anthony Calandra v. Home Depot U.S.A., Inc.*; Cause No. 2021-82660 (hereinafter referred to as the "State Court Action"). An Index of State Documents Filed with the Notice of Removal is attached hereto as **Exhibit A,** and true and correct copies of all process, pleadings, and orders served upon Home Depot in the State Court Action are attached hereto as **Exhibit B,** as required by 28 U.S.C. § 1446(a).

2. The State Court Action was filed on December 21, 2021. Home Depot was served with Plaintiff's Original Petition on December 27, 2021. In his Original Petition, Plaintiff asserted negligence claims against Home Depot based on an incident that occurred in San Antonio, Texas, based on the loading of his truck that allegedly occurred negligently in Harris County, Texas. Plaintiff's Original Petition stated that he is seeking monetary relief over $250,000 but not more than

$1,000,000.00.  *See* **Exhibit B-2**, section III, ¶ 7.  Thus, it is facially apparent from Plaintiff's Original Petition that Plaintiff is seeking damages in excess of $75,000, such that the amount in controversy requirement for diversity jurisdiction is satisfied.

3. This Notice of Removal is timely filed within thirty (30) days of service of the first pleading or other paper from which it could be determined that the amount in controversy is in excess of $75,000, exclusive of costs.  *See* 28 U.S.C. § 1446(b).

## DIVERSITY OF CITIZENSHIP

4. Plaintiff Anthony Calandra is a citizen of the State of Texas.

5. Home Depot is and was at the time of the alleged incident and the filing of this lawsuit, a corporation incorporated under the laws of the State of Delaware with its principal place of business in Atlanta, Georgia.  Home Depot is thus a citizen of the States of Delaware and Georgia.

6. Consequently, Plaintiff and Home Depot are now, and were at the time this action commenced, diverse in citizenship from each other.

7. Under 28 U.S.C. § 1446(a), venue of the removed action is proper in this Court as it is the district and division embracing the place where the State Court Action is pending.

8. Pursuant to 28 U.S.C. § 1446(d), Home Depot will promptly give written notice of the filing of this notice of removal to Plaintiff and will further file a copy of this Notice of Removal with the District Clerk of Harris County, Texas, where the action was previously pending.

9. **Jury Demand** – Home Depot hereby requests trial by jury on all issues and claims in this action.

WHEREFORE, Home Depot U.S.A., Inc. hereby removes the case pending in the 164th Judicial District Court of Harris County, Texas entitled *Anthony Calandra v. Home Depot U.S.A., Inc.*; Cause No. 2021-82660, and respectfully requests that this Court assume full jurisdiction of this

proceeding for all purposes as if originally filed in this Court including, but not limited to, issuing any orders necessary to stay proceedings in the State Court Action.

                    Respectfully submitted,

By:   */s/ Arthur K. Smith*
      Arthur K. Smith
      Attorney-in-Charge
      State Bar No. 18534100
      Federal ID No. 2705

      LAW OFFICES OF ARTHUR K. SMITH,
      a Professional Corporation
      507 Prestige Circle
      Allen, Texas 75002
      Telephone: (469) 519-2500
      Facsimile: (469) 519-2555
      asmith@aksmithlaw.com

ATTORNEY FOR DEFENDANT
HOME DEPOT U.S.A., INC.

## **CERTIFICATE OF SERVICE**

On this the 24th day of January, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

                    */s/ Arthur K. Smith*
                    Arthur K. Smith