UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY CALANDRA | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-00235 |
| | § | |
| HOME DEPOT U.S.A., INC. | § § | |
| Defendant. | § | |

## ORDER

On this day came on to be heard Defendant's Stipulation of Dismissal Under Federal Rule of Civil Procedure 41(A)(1)(A)(ii). The Court having considered same, is of the opinion that same should be GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that Defendant's Stipulation of Dismissal Under Federal Rule of Civil Procedure 41(A)(1)(A)(ii), is hereby GRANTED.

SIGNED and ENTERED the 25th day of January, 2023.

_____
Sim Lake
Senior United States District Judge